UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

B.A.M. ARCHITECTURE &
DESIGN LLC; and BETH A. METSCH,

Case No. **06-60136**
**CIV-COHN**

Plaintiffs,

v.

OVERBREAK, LLC; and
JUST ZIP-IT LLC

**NIGHT BOX
FILED**

JAN 3 1 2006

Defendants.

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

--------------------------------------------/

## COMPLAINT

Plaintiffs, B.A.M. ARCHITECTURE & DESIGN, LLC, a Colorado limited

liability company ("BAM"); and BETH A. METSCH, by and through undersigned

counsel, bring this Complaint against defendants, OVERBREAK, LLC, a Nevada limited

liability company ("OVERBREAK"); and JUST ZIP-IT LLC, a Florida limited liability

company ("JUST ZIP-IT"), for injunctive relief and damages, and in support thereof state

as follows:

### JURISDICTION AND VENUE

1.      This is an action arising under the Lanham Act, 15 U.S.C. §§ 1125(a) and

under the laws of the state of Florida.

2.      This Court has federal question jurisdiction over these claims pursuant to

15 U.S.C. § 1121, and 28 U.S.C. §§ 1331, 1338(a) and 1338(b).

3.      The Court has subject matter jurisdiction over the plaintiffs' pendent state law claims pursuant to 28 U.S.C. § 1367(a).

4.      Defendant ZIP-IT is subject to the personal jurisdiction of this Court because, among other things, it is registered as a Florida limited liability company and does business in Florida.

5.      Defendant OVERBREAK is subject to the personal jurisdiction of this Court because, among other things, it does business in Florida.

6.      In addition, all Defendants are subject to the personal jurisdiction of this Court because, among other things, a substantial part of the events giving rise to this litigation occurred in the State of Florida.

7.      In addition, all Defendants are subject to the personal jurisdiction of this Court because, among other things, upon information and belief each of the Defendants is subject to Florida's long-arm statute.

8.      In addition, defendants are subject to the personal jurisdiction of this Court because, among other things, upon information and belief each of the Defendants has transacted and is presently transacting business in the State of Florida by: (a) providing Internet users in Florida access to its web sites; (b) contracting with, or attempting to contract with, Florida residents for the sale of goods and services, including the sale of the infringing articles described herein on its Internet web sites; (c) selling or attempting to sell goods or services to residents of the State of Florida; (d) maintaining an office in the State of Florida; and/or (e) committing tortious acts in the State of Florida.

9.      Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c) because a substantial part of the events giving rise to the claims occurred in this district, and the Defendants are all subject to personal jurisdiction in this district.

## BACKGROUND

10.      Plaintiff BAM is a small company based in Denver, Colorado that develops fashion accessories, especially handbags, for the higher-end market.  Founded in 2001, BAM handbag designs have been sold at exclusive boutiques across the country. BAM specializes in unusual and innovative designs.  BAM began with limited edition leather handbags, and then developed fabric totes, diaper bags and finally the Zippurse™, a unique handbag constructed from one continuous length of zipper.

11.      The founder of BAM, Beth A. Metsch, earned a Bachelor's Degree in Architecture from the University of Miami and a Master's in Architecture and Urban Design from Columbia University.   While working as an architect in New York City, Ms. Metsch began designing handbags for herself. Friends started asking for bags and store employees would inquire about the designer.  Ms. Metsch's training and experience in architecture allowed her to create uniquely styled handbags that are both fashionable and practical at the same time.

12.      Plaintiff Beth Metsch is an innovator.  Of her many designs, the Zippurse™ is Ms. Metsch's most famous.  Ms. Metsch began developing the Zippurse™ after her mother asked for a bag made out of zippers and the two decided to make a competition out of it. They bought a roll of zipper, split it in half, and each went home to see what they could come up with.  And so the Zippurse™ was born.  Ms. Metsch's completely unzippable purse was so entertaining, her mother ordered a few and so did a

3

bunch of stores. Thereafter, in early August of 2004, at the BAM displayed several models of the Zippurse™ to retailers attending The Fame Show at the Jacob Javitz Center in New York City.

13.     The design of the Zippurse™ allows for the handbag to be constructed using one continuous length of zipper.  Ms. Metsch has researched other handbag designs using zippers but has been unable to identify any other handbag designs prior to the Zippurse™ that use a continuous length of zipper to simultaneously provide both adornment and structure.  Since its introduction BAM has continuously referred to the Zippurse™ handbag as The Original Zippurse™.  BAM and Metsch are the sole owners of the Zippurse™ mark and this mark has been applied exclusively to handbags designed by Ms. Metsch that are constructed and adorned with a continuous length of zipper.

14.     All Zippurse™ handbags feature a small black rectangular fabric tag, approximately 4 cm by 1.2 cm, sewn on the front of the handbag towards the top of the bag between the zippers.  The tag sports the legend BAM over the word BAGS.  In addition, regardless of the color or style of Zippurse™ handbag, all Zippurse™ bags are constructed and adorned with a continuous length of zipper from top to bottom.  Attached hereto as Exhibit "A" is the most recent brochure depicting the Zippurse™ handbag.

15.     After Ms. Metsch began showing the Zippurse™, BAM immediately received notoriety for its unusual and unique design.  Beginning in February, 2005 the Zippurse™ was featured in Frontier Airline's in-flight Magazine "Wild Blue Yonder," Colorado Biz magazine, and the Rocky Mountain News.  BAM has displayed the Zippurse™ at its website, www.bambags.com, and at trade shows, including the Magic Marketplace fashion trade show in Las Vegas.

4

16.     Since at least the beginning of 2004, BAM has invested considerable sums developing and marketing its Zippurse™ handbags to members of the fashion industry and fashion accessories retailers throughout the United States.  In the course of that ongoing effort, BAM has developed substantial good will in the marketplace, and as between BAM and the suppliers of goods and services as well as distributors, retailers, and consumers.  BAM has taken care in marketing the Zippurse™ and has always consistently applied the Zippurse™ mark, as well as The Original Zippurse™ and BAM BAGS label to its Zippurse™ products.

17.     The Zippurse™ mark, The Original Zippurse™ mark, the Zippurse™ design, and the BAM BAGS label have been in continuous use by BAM in connection with the Zippurse™ product since at least as early as the summer of 2004.  The Zippurse™ handbag is manufactured by BAM and under license by others and sold by retailers in numerous stores and on websites owned by BAM and others including www.bambags.com.  Since its introduction to the market, the Zippurse™ product has become well-known in the marketplace by the Zippurse™ mark, The Original Zippurse™ mark, the Zippurse™ design and the BAM BAGS label, and these have all become highly distinctive and well-known within the handbag/fashion accessories industry.

18.     The Zippurse™ mark, The Original Zippurse™ mark, the Zippurse™ design and the BAM BAGS label are all strong trademarks.  These marks are all arbitrary and fanciful marks that are inherently distinctive of goods designed, marketed, sold and distributed by BAM and others under license.  Thousands of Zippurse™ handbags have been sold in the United States since they were first introduced, and BAM has diligently

sought to establish and maintain the goodwill and distinctiveness associated with the Zippurse™ mark, The Original Zippurse™ mark, the Zippurse™ design and the BAM BAGS label.

19.    An application for registration of the ZIPPURSE mark was filed on August 8, 2005 with the United States Patent and Trademark Office and assigned Serial Number 76/644781.  A copy of the records of the U.S. Patent and Trademark Office evidencing the pending application is attached as Exhibit "B".

20.    An application for registration of the BAM BAGS mark was filed on August 8, 2005 with the United States Patent and Trademark Office and assigned Serial Number 76/644782.  A copy of the records of the U.S. Patent and Trademark Office evidencing the pending application is attached as Exhibit "C".

## INFRINGEMENT BY ZIP-IT STYLE AND OVERBREAK

21.    Defendant OVERBREAK is in the business of, among other things, marketing and distributing novelty products in the United States.  OVERBREAK'S longstanding business practice involves "knocking-off" successful, high quality, innovative products developed by others and selling these knock-offs at substantially discounted prices in competition with the originator of the product.  OVERBREAK has a history of marketing products in this manner.  Generally, OVERBREAK seeks out a product to copy that it is able to have manufactured more cheaply and introduce the OVERBREAK "knock-off" version quickly and at a cheaper price then the designer of the original product being copied.  Invariably, the OVERBREAK "knock-off" will be of significantly lower quality than the original product.

22.    OVERBREAK'S practice of knocking off higher-end products in this manner allows it to capture the market for a particular product sooner than the original innovator can.  By flooding the market with its cheap imitations, OVERBREAK is able to condition consumers to falsely believe that the higher prices charged by the original innovator for his or her higher-quality products are unjustified.  Later when issues regarding the quality of OVERBREAK'S products surface the consumer may realize that the higher price charged by the original innovator may have been justified based upon the original product's higher quality.  However, by that time the original innovator's business has been ruined because OVERBREAK'S practice has flooded the market with cheap imitations and consumers find little value in the product category that the original innovator created.

23.    In or about July of 2005, Ms. Metsch began receiving suspicious telephone calls from an individual in California who identified himself as "Kevin Madison" inquiring about the Zippurse™ product.  Mr. Madison said he owned a retail store and was interested in purchasing a large number of Zippurse™ handbags to sell in his store.  He asked a number of detailed questions about the Zippurse™ handbags and asked for samples.  After several telephone calls and further investigation plaintiff determined that Mr. Madison was calling not from a retail store, but from defendant OVERBREAK where he is employed in the marketing department.

24.    Once it was discovered that OVERBREAK was inquiring about the Zippurse™ handbags, Ms. Metsch went to OVERBREAK'S web site at http://overbreak.com and discovered a link on OVERBREAK'S site to http://just-zipit.com or http://zipitstyle.com, web sites owned and operated by defendant JUST

7

ZIPIT.  A printout of the home page of the OVERBREAK web site is annexed hereto as Exhibit "D," and printouts of the Home Page, the About Us page and the Models Page of the JUST ZIPIT web site are annexed hereto as Exhibit "E."

25.     The JUST ZIP-IT web site advertises and markets the sale of a handbag constructed from a continuous length of zipper called the "ZIP-IT" that is confusingly similar to the Zippurse™.  The "ZIP-IT" sports a small black tag sewn between the zippers similar to the BAM BAGS™ tag on the Zippurse™.

26.     In its advertising and marketing materials, JUST ZIPIT refers to the ZIP-IT as "the original zipper bag™" In a "F.A.Q" page on its website, JUST ZIPIT states:

> 15. When was Zipit LTD Company founded?
>
> Zipit LTD founded in summer 2005 by a combination of gifted artists and business men and woman aiming to maximize the full potential of new innovative ideas. After a very successful launch of our original zipper bags ™ in US market, we recently opened a Middle-East branch to help us expand our activity into the European and Asian markets.

See "FAQ" page of JUST ZIP-IT web site attached hereto as Exhibit "F."

27.     The JUST ZIP-IT website also contains links to the OVERBREAK web site, and describes OVERBREAK as "our distributor under license" in the United States. A link is also provided to a web site at http://www.TVProducts4Less.com, a website belonging to a company based in Tampa, Florida, where the ZIP-IT bags are advertised and sold as "ZIP IT ZIPPER PURSES."

28.     The JUST ZIP-IT website also describes a system of sales and marketing where the ZIP-IT bags are sold from kiosks set up in shopping malls.  The JUST ZIP-IT

web site describes this kiosk sales and marketing system and provides information for how to set up such a kiosk.

29.     At or around the same time that OVERBREAK began contacting Ms. Metsch she learned that there was a kiosk in the Sawgrass Mills Mall in Sunrise, Florida, in this District, selling ZIP-IT handbags.  Ms. Metsch obtained several ZIP-IT handbags sold from this kiosk and determined that the ZIP-IT bags were cheap "knock-offs" that were confusingly similar to the Zippurse™.

30.     After complaining to OVERBREAK, representatives of that company told Ms. Metsch that OVERBREAK claimed the right to market and sell the ZIP-IT product based upon a license of trademarks and/or copyrights it purchased from a third-party, but refused to disclose who or what that third-party was.  Upon information and belief, the third-party is ZIP-IT.

31.     Plaintiffs have demanded that OVERBREAK cease and desist from further infringement of plaintiffs' rights in their trademarks and trade dress, but OVERBREAK has failed and refused to do so.  Plaintiffs have also asserted to OVERBREAK that any license obtained to use the marks associated with the ZIP-IT product would infringe on plaintiffs marks, but OVERBREAK has failed and refused to cease its infringing activities.  Plaintiffs have retained the undersigned attorneys and agreed to pay them a reasonable fee for their representation in this matter.

**FIRST CLAIM FOR RELIEF**
**Violations of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)**
**Trademark Infringement, Unfair Competition, False Designation of Origin**

32.     Plaintiffs incorporate the allegations of paragraphs 1 through 31 of this complaint as if fully set forth herein.

33.     Since early 2004, Plaintiffs have used the Zippurse™ mark, The Original Zippurse™ mark, and the BAM BAGS label in interstate commerce, and have continued to use these marks without interruption up to the present time, in connection with the sale, distribution, marketing, advertising and promotion of handbags.

34.     The marks "ZIP-IT PURSE," "THE ORIGINAL ZIPPER BAG," and the small black "ZIP-IT" tag are confusingly similar to Plaintiffs' marks.

35.     The marks "ZIP-IT PURSE," "THE ORIGINAL ZIPPER BAG," and the small black "ZIP-IT" tag are deceptive and misleading.

36.     Defendants' use of the marks "ZIP-IT PURSE," "THE ORIGINAL ZIPPER BAG," and the small black "ZIP-IT" tag in connection with the sale and distribution of handbags and purses as described above constitutes the use in commerce of words, terms, names, symbols or devices, false designations of origin or false or misleading descriptions and representations of fact, that are likely to cause confusion, to cause mistake, or to deceive as to the affiliation, connection or association of defendants with plaintiffs, or as to the nature, characteristics, qualities, origin, sponsorship, or approval of defendants' goods, services, or commercial activities.

37.     Defendants' acts infringe plaintiffs marks and/or constitute unfair competition in violation of 15 USC §1125(a).

10

38.     Defendants are aware of the enormous goodwill, reputation and value represented and symbolized by the plaintiffs' marks.  Defendants are also well aware that the plaintiffs' marks are relied upon by the public to identify the goods of the plaintiffs and to distinguish them from the goods and services of others.

39.     Defendants, with knowledge of the goodwill, reputation and value represented and symbolized by the plaintiffs' marks, continued to use its infringing marks in advertising and knowingly mislead the consuming public that they, rather than plaintiffs, were the originators of a purse fashioned from a continuous length of zipper, and defendants did so willfully and knowingly in violation of plaintiffs' rights.

40.     On information and belief, defendants' acts have caused actual confusion or deception among members of the purchasing public who were prospective purchasers of plaintiffs' products bearing their marks.

41.     Defendants use of the infringing marks without notification to the public of the true and correct originator of the original purse fashioned from a continuous length of zipper, and with knowingly false notification to the public that the defendants were the originators of said item constitutes false designation of origin and  false and misleading representation of fact which is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection or association of the defendants with the plaintiffs, or as to the origin, sponsorship, or approval of defendants by the plaintiffs.

42.     The defendants' actions were committed with the purpose and intent of misappropriating and trading upon the goodwill and reputation associated with the Zippurse™ mark, The Original Zippurse™ mark, and the BAM BAGS label. Furthermore, plaintiffs rights in and to its marks have been compromised and the

defendants have used their confusingly similar marks in a manner to unfairly compete with the plaintiffs.

43.    As a direct and proximate cause of defendants' conduct, plaintiffs have suffered and will continue to suffer actual and other damages in an amount to be proven at trial.

44.    As a result of Defendants' infringement and unfair competition, plaintiffs have suffered, and unless the Court preliminarily and permanently enjoins defendants, will continue to suffer, irreparable harm to plaintiffs and their property rights, goodwill and business reputation for which there is no adequate remedy at law. Plaintiffs are entitled to an injunction to prevent defendants from using the marks "ZIP-IT PURSE," "THE ORIGINAL ZIPPER BAG," the small black "ZIP-IT" tag or any other mark that is confusingly similar to plaintiffs' marks.

45.     The plaintiffs are also entitled to an award of treble damages for the Defendants' willful acts under 15 U.S.C. § 1117.

46.    The defendants' conduct is wrongful, malicious, fraudulent, deliberate, willful and intentional, thereby making this case exceptional, and the plaintiffs are, therefore, entitled to recover costs of this action and attorneys fees under 15 U.S.C. §1117.

**SECOND CLAIM FOR RELIEF**
**Violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)**
**Trade Dress Infringement**

47.     Plaintiffs incorporate the allegations of paragraphs 1 through 31 of this complaint as if fully set forth herein.

48.     Since early 2004, Plaintiffs have advertised, marketed and sold a handbag called the Zippurse™.

49.     The form and dress of the Zippurse™ handbag was adopted arbitrarily, is fanciful and is inherently distinctive.

50.     The form and dress of the Zippurse™ handbag has acquired secondary meaning such that consumers have come to associate the unique form and dress of the Zippurse™ with goods that originate from, are designed by, or are affiliated with the plaintiffs.

51.     The "ZIP-IT PURSE" is designed and formed in a manner that is confusingly similar to the Zippurse™.

52.     The "ZIP-IT PURSE" features a small black rectangular fabric tag sewn between the zippers like the Zippurse™.

53.     The "ZIP-IT PURSE" features a product brand name that is confusingly similar in sound and appearance to the Zippurse™.

54.     The "ZIP-IT PURSE" makes use of the device "THE ORIGINAL ZIPPER BAG" that is confusingly similar in sound and appearance to The Original Zippurse™.

55.     Defendants' use in commerce of the ZIP-IT purse design including the marks "ZIP-IT PURSE," "THE ORIGINAL ZIPPER BAG," and the small black "ZIP-IT" tag as part of the design, in connection with the sale and distribution of handbags and

13

purses as described above constitutes the use in commerce of words, terms, names, symbols or devices, false designations of origin or false or misleading descriptions and representations of fact, that are likely to cause confusion, to cause mistake, or to deceive as to the affiliation, connection or association of defendants with plaintiffs, or as to the origin, sponsorship, or approval of defendants' goods, services, or commercial activities.

56.    Defendants' acts infringe plaintiffs' trade dress and constitute unfair competition in violation of 15 USC §1125(a).

57.    Defendants are aware of the enormous goodwill, reputation and value represented and symbolized by the plaintiffs' trade dress. Defendants are well aware that the plaintiffs' trade dress is relied upon by the public to identify the goods of the plaintiffs and to distinguish them from the goods and services of others.

58.    Defendants, with knowledge of the goodwill, reputation and value represented and symbolized by the plaintiffs' trade dress, has continued to use its infringing design in commerce and knowingly mislead the consuming public that they, rather than plaintiffs, were the originators of the Zippurse™ trade dress, and defendants did so willfully and knowingly in violation of plaintiffs' rights.

59.    On information and belief, defendants' acts have caused actual confusion or deception among members of the purchasing public who were prospective purchasers of plaintiffs' products bearing their trade dress.

60.    The defendants' actions were committed with the purpose and intent of misappropriating and trading upon the goodwill and reputation associated with the Zippurse™ trade dress. Furthermore, plaintiffs' rights in and to its trade dress have been

compromised and the defendants have used their confusingly similar design in a manner to unfairly compete with the plaintiffs.

61.     As a direct and proximate cause of defendants' conduct, plaintiffs have suffered and will continue to suffer actual and other damages in an amount to be proven at trial.

62.     As a result of Defendants' infringement, plaintiffs have suffered, and unless the Court preliminarily and permanently enjoins defendants, will continue to suffer, irreparable harm to plaintiffs and their property rights, goodwill and business reputation for which there is no adequate remedy at law. Plaintiffs are entitled to an injunction to prevent defendants from using the Zippurse™ trade dress or any other form and dress that is confusingly similar to plaintiffs' trade dress.

63.      The plaintiffs are also entitled to an award of treble damages for the defendants' willful acts under 15 U.S.C. § 1117.

64.     The defendants' conduct is wrongful, malicious, fraudulent, deliberate, willful and intentional, thereby making this case exceptional, and the plaintiffs are, therefore, entitled to recover costs of this action and attorneys fees under 15 U.S.C. §1117.

## THIRD CLAIM FOR RELIEF
### Violation of the Federal Trademark Dilution Act, 15 U.S.C. § 1125(c)
### Dilution

65.    Plaintiffs incorporate the allegations of paragraphs 1 through 31 of this complaint as if fully set forth herein.

66.    The Zippurse™ mark and The Original Zippurse™ mark are distinctive and famous marks.

67.    Since early 2004, Plaintiffs have used the Zippurse™ mark and the Original Zippurse™ mark in interstate commerce, and have continued to use these marks without interruption up to the present time, in connection with the sale, distribution, marketing, advertising and promotion of handbags.

68.    The defendants adopted and used the marks "ZIP-IT PURSE" and "THE ORIGINAL ZIPPER BAG" for commercial purposes in interstate commerce after the plaintiffs' marks became famous.

69.    The marks "ZIP-IT PURSE" and "THE ORIGINAL ZIPPER BAG" are dilutive of plaintiffs' marks in that their use by defendants lessen the capacity of plaintiffs' marks to identify and distinguish plaintiffs' goods from those of others including defendants' goods.

70.    As a direct and proximate cause of defendants' conduct, plaintiffs have suffered and will continue to suffer actual harm and other damages in an amount to be proven at trial.

71.    As a result of Defendants' dilution, plaintiffs have suffered, and unless the Court preliminarily and permanently enjoins defendants, will continue to suffer, irreparable harm to plaintiffs and their property rights, goodwill and business reputation

for which there is no adequate remedy at law. Plaintiffs are entitled to an injunction against the defendants' commercial use of the marks "ZIP-IT PURSE" and "THE ORIGINAL ZIPPER BAG," or any other mark that is dilutive of plaintiffs' marks.

72.     The defendants' conduct is wrongful, malicious, fraudulent, deliberate, willful and intentional, and the plaintiffs are, therefore, entitled to recover defendant's profits, damages sustained by the plaintiff, costs of this action and attorneys fees under 15 U.S.C. §1117. The plaintiffs are also entitled to an award of treble damages for the Defendants' willful acts under 15 U.S.C. § 1117.

### FOURTH CLAIM FOR RELIEF
### Common Law Unfair Competition

73.     Plaintiffs incorporate the allegations of paragraphs 1 through 31 of this complaint as if fully alleged herein.

74.     The foregoing conduct of defendants constitutes an unfair method of competition.

75.     As a consequence of the foregoing, plaintiffs have suffered and will continue to suffer irreparable harm and loss.

### FIFTH CLAIM FOR RELIEF
### Violation of Florida Statutes, §817.41
### False, Misleading and Deceptive Advertising

76.     Plaintiffs incorporate the allegations of paragraphs 1 through 31 of this complaint as if fully alleged herein.

77.     Defendants have made and disseminated before the general public of the state of Florida statements in oral, written or printed form or otherwise which defendants knew, or with the exercise of reasonable care or investigation should have known, were untrue or misleading, and which were made or disseminated with the intent and purpose

of selling or disposing of personal property, to wit the use of the statement "THE ORIGINAL ZIPPER BAG," in connection with the sale and distribution of handbags and purses as described.

78.    Defendants' acts were fraudulent and unlawful, designed and intended for obtaining money or property under false pretenses in violation of Section 817.41, Florida Statutes.

**SEVENTH CLAIM FOR RELIEF**
**Injury to Business Reputation; Dilution**
**Section 495.151, Florida Statutes**

79.    Plaintiffs incorporate the allegations of paragraphs 1 through 31 of this complaint as if fully set forth herein.

80.    Since early 2004, Plaintiffs have used the Zippurse™ mark, the Original Zippurse™ mark, and the BAM BAGS label in the state of Florida and have continued to use these marks without interruption up to the present time, in connection with the sale, distribution, marketing, advertising and promotion of handbags.

81.    The defendants adopted and used the marks "ZIP-IT PURSE," "THE ORIGINAL ZIPPER BAG," and the small black "ZIP-IT" tag for commercial purposes in Florida after the plaintiffs' adoption of the Zippurse™ mark, the Original Zippurse™ mark, and the BAM BAGS label.

82.    The use by Defendants of the marks "ZIP-IT PURSE," "THE ORIGINAL ZIPPER BAG," and the small black "ZIP-IT" tag create a likelihood of injury to business reputation or dilution of plaintiffs' marks in that their use by defendants lessen the capacity of plaintiffs' marks to identify and distinguish plaintiffs' goods from those of others including defendants' goods.

18

83.     As a direct and proximate cause of defendants' conduct, plaintiffs are likely to suffer actual harm and other damages in an amount to be proven at trial.

84.     As a result of Defendants' dilution, plaintiffs will suffer, irreparable harm to plaintiffs and their property rights, goodwill and business reputation for which there is no adequate remedy at law. Plaintiffs are entitled to an injunction against the defendants' commercial use of the marks "ZIP-IT PURSE" and "THE ORIGINAL ZIPPER BAG," the small black "ZIP-IT" tag, or any other mark that is dilutive of plaintiffs' marks.

WHEREFORE, the Plaintiffs pray for judgment against the Defendants and in favor of the Plaintiffs that:

a.      Jurisdiction is present and venue is proper;

b.      Defendants be enjoined from further use of the marks "ZIP-IT PURSE," "THE ORIGINAL ZIPPER BAG," the small black "ZIP-IT" tag, the plaintiffs' trade dress for the Zippurse™, and any and all other confusingly similar and/or false and misleading words, terms, names, symbols or devices, false designations of origin or false or misleading descriptions and representations of fact, that are likely to cause confusion, to cause mistake, or to deceive as to the affiliation, connection or association of defendants with plaintiffs, or as to the nature, characteristics, qualities, origin, sponsorship, or approval of defendants' goods, services, or commercial activities in violation of 15 USC §1125(a), and that Defendants be ordered to implement corrective advertising and other appropriate notice procedures to notify consumers and the public of the proper ownership of the trademarks at issue in this action;

c.      Plaintiffs be awarded damages, including disgorgement of profits, for unfair competition relating to the marks "ZIP-IT PURSE," "THE ORIGINAL ZIPPER

19

BAG," the small black "ZIP-IT" tag, for dilution, and for false and misleading advertising in an amount to be determined by the Court;

      d.    Plaintiffs be awarded their costs and attorneys fees for bringing this action under Section 43 of the Lanham Act, as provided under 15 U.S.C. § 1117;

      e.    Plaintiffs be awarded three times actual damages for the Defendants' willful acts under 15 U.S.C. § 1117.

      f.    Plaintiffs be awarded actual, compensatory, special, incidental and consequential damages for unfair competition;

      g.    Defendants be enjoined from further misleading advertising in violation of Section 817.41, Florida Statutes;

      h.    Defendants be enjoined from further dilution in violation of Section 495.151, Florida Statutes; and

      i.    For such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiffs hereby demand a trial by jury of all issues so triable.

DATED this _31_ day of January, 2006.

                Respectfully submitted,

                RUTHERFORD MULHALL, P.A.
                2600 N. Military Trail, 4th Floor
                Boca Raton, FL 33431
                Telephone: (561) 241-1600
                Facsimile:  (561) 241-3815
                email: jrothman@rutherfordmulhall.com

                By:
                Joel B. Rothman
                Fla. Bar No. 0098220
                Attorneys for Plaintiff

# EXHIBIT "A"



# UNZIP ME...ALL THE WAY

   

1.  2.  3.  4.

THESE UNIQUE FASHIONABLE *ZIPPURSES™* ARE FUN TO UN-ZIP AND AMAZE YOUR FRIENDS. *ZIPPURSES* ARE MADE FROM ONE CONTINUOUS HIGH QUALITY NYLON ZIPPER. AVAILABLE IN A RANGE OF STYLES, FROM IPOD/CELL PHONE HOLDERS, TOTE BAGS, HANDBAGS, BACKPACKS, AND WRISTLETS. AVAILABLE IN 6 DIFFERENT FASHION COLORS SUCH AS CRIMSON, OLIVE GREEN, AQUAMARINE, GRENADINE, BLACK, AND BLACK AND SILVER METALLIC. ALL BAGS ARE MACHINE WASHABLE.



 



Wristlet strap detaches so it can also be used as a makeup bag.

## WRISTLET
7 1/2" W x 5" H

 

| | | | |
|---|---|---|---|
|  | 51015 Black 51015-2-01100 | 51018 Grenadine 51018-2-01100 |  |
| | 51016 Olive Green 51016-2-01100 | 51019 Aquamarine 51019-2-01100 |  |
|  | 51017 Crimson 51017-2-01100 | 51020 Black and Silver 51020-2-01100 | |

       

   

Strap un-hooks to attach to belts or handbags.

## IPOD/CELL PHONE HOLDER
7 1/2" W x 5" H

| | | |
|---|---|---|
| | 51021 Black 51021-2-00800 |  |
| | 51022 Olive Green 51022-2-00800 |  |
| | 51023 Crimson 51023-2-00800 |  |
| | 51024 Grenadine 51024-2-00800 |  |
| | 51025 Aquamarine 51025-2-00800 |  |
| | 51026 Black and Silver 51026-2-00800 |  |

 



Silver finish lock
and key hardware
really work and
add extra security

## HANDBAG
13" W x 9" H

**51006**
Black
51006-1-02250

**51007**
Olive Green
51007-1-02250

**51008**
Crimson
51008-1-02250

**51009**
Grenadine
51009-1-02250

**51010**
Aquamarine
51010-1-02250

**51011**
Black and Silver
51011-1-02250

## TOTE BAG
15" W x 10" H

**51000**
Black
51000-1-02750

**51001**
Olive Green
51001-1-02750

**51002**
Crimson
51002-1-02750

**51003**
Grenadine
51003-1-02750

**51004**
Aquamarine
51004-1-02750

**51005**
Black and Silver
51005-1-02750





Adjustable shoulder straps detach and convert into a backpack by clipping into "D" rings on bottom of bag.

## BACKPACK
17 ½" W x 15" H

**51012**
Black
51012-1-03250

**51013**
Aquamarine
51013-1-03250

**51014**
Black and Silver
51014-1-03250



## BAM BAGS™ ASSORTMENT 48PCS
### 51700

**Tote Bag**
2 each of 51000 & 51005
1 each of 51001 – 51004

**Handbag**
2 each of 51006 & 51011
1 each of 51007 – 51010

**Backpack**
2 each of 51012 & 51014
1 each of 51013

**Wristlet**
2 each of 51015 – 51020

**iPod / Cell Phone Holder**
2 each of 51021 – 51026

51700-1-79050

## BAM BAG™ GRID DISPLAY
### 51701
includes grid, 30 hooks, and free header
51701-1-03500



## 800.358.9184
www.willitts.com

© 2005 Bam Bags and Zippurse. Patent pending.
Item # 99039

# EXHIBIT "B"



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > **Trademark Electronic Search System(Tess)**

*TESS was last updated on Tue Jan 31 04:13:49 EST 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# ZIPPURSE

| | |
|---|---|
| **Word Mark** | ZIPPURSE |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: handbags, change purses, cosmetic cases. FIRST USE: 20040802. FIRST USE IN COMMERCE: 20040802 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 76644781 |
| **Filing Date** | August 8, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Beth Metsch UNKNOWN NOT PROVIDED 1859 South Washington Street Denver COLORADO 80210 |
| **Attorney of Record** | Joel B. Rothman |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT "C"



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > **Trademark Electronic Search System(Tess)**

*TESS was last updated on Tue Jan 31 04:13:49 EST 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# BAM BAGS

| Word Mark | **BAM BAGS** |
| Goods and Services | IC 018. US 001 002 003 022 041. G & S: handbags, change purses, cosmetic cases. FIRST USE: 20040802. FIRST USE IN COMMERCE: 20040802 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Design Search Code | |
| Serial Number | 76644782 |
| Filing Date | August 8, 2005 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Owner | (APPLICANT) Beth Metsch UNKNOWN NOT PROVIDED 1859 South Washington Street Denver COLORADO 80210 |
| Attorney of Record | Joel B. Rothman |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT "D"







**Overbreak** LLC is one of the world's leading firms in the development and introduction of exciting retail products. Not a replicator but an innovator, our specialty is to find and create unique new products to develop, manufacture and roll out to retail marketplaces worldwide.

One of our philosophies is to take new products to market better and faster than anyone. From intellectual property and design to manufacturing and sales, Overbreak's team of professionals has the experience to launch ideas like no other. Our track record of winners is proof of our philosophy. We generate incredible marketing strength through television and unique specialty venues to build brands and bring products alive.





Rainbow Art Digi Draw
PREFERRED CHOICE AWARD
(Creative Crafts category)

Hoverdisc
SEAL OF EXCELLENCE AWARD
(Indoor/Outdoor Play category)

Copyright ©2003 Overbreak, LLC. All rights reserved. Do not duplicate or redistribute in any form. This site contains commercial and product advertising information.

**EXHIBIT "E"**



Case 0:06-cv-60136-JIC   Document 1   Entered on FLSD Docket 02/01/2006   Page 34 of 44





**The Original Zipper Bag**

"Zip It TM" team members are a combination of gifted artists and business men; aiming to maximize the full potential of new innovative ideas.

We are always searching for new innovative ideas all over the world, characterized by their originality and creativity.
Our products are original, unique and show a fresh approach towards design.
We offer great service and promise high quality products.
Our main office in North America is located in Miami, FL and will be happy to serve you at any time.
for more information you can write to us at: info@just-zipit.com
If you are residing in Europe you can contact us at our European branch: europeinfo@just-zipit.com

**Let's ZIP up and let the bags speak for themselves.**

**Zip It is a copyrighted product and protected by international trademark laws.**






**History of the Zipper**

The zipper has passed through the hands of several dedicated inventors before they were able to convince the general public to accept the zipper as part of everyday costume.
It was warmly accepted only eighty years after its first appearance.
The zipper's first appearance was in 1851 by an American named Elias Howe who also invented the sewing machine. Howe called it 'an Automatic Continuous Clothing Closure' but it never reached the market.
More than forty years later, Whitcomb L. Judson patented a similar 'Clasp Locker', for fastening shoes and marketed the invention through his 'Universal Fastener' company. Whitcom usually gets the honor of being called the 'Inventor of the Zipper' but the zipper was not yet part of everyday use.

The design used today, based on interlocking teeth, was invented by the Swedish scientist Gideon Sundback, in 1913 as the 'Hookless Fastener' and patented in 1917 as the 'Separable Fastener'. The name zipper came from the B. F. Goodrich Company in 1923.
The zip became popular for children's clothing and men's trousers in the 1920s and 1930s.
The next big boost for the zipper came when zippers could open on both ends, as on jackets. Today the zipper is everywhere, in clothing, luggage and leather goods and countless other objects. Just Zip-it team took the zipper an extra step forward while creating the Original Zipper Bag.

Thousands of zipper miles are produced daily, meeting the needs of consumers, thanks to the early efforts of the many famous zipper inventors.



**zip-it**™
**The Original Zipper Bag**

**Zip It is a copyrighted product and protected by international trademark laws.**

**ZA** is a great model for those who like a small bag for everyday use.
It's big enough to carry all the essentials like mp3 player and Cellular phone plus you'll still have room for your ID, lipstick and keys. Simple yet sassy …



**ZB** model is an amazing unique bag for evening use.
This model is great for those who prefer a small pocketbook although it's big enough to carry all the essentials.
No one will stay impassive when you will enter the room with this bag.



Our **ZC** model was design especially for students and for those who workout in the gym.
The bag is pretty and practical it features wide straps that can be worn over the shoulder.
No body can ignore this cool bag.



Our **ZD** model is big enough for all your beach essentials plus it makes a great bag for stashing all those terrific vacation souvenirs. The fish will jump out from the water when you arrive with this distinctive amazing bag.



The **ZM** model is an exiting small make-up pouch and an accessory for women who want to add style to the way they store their beauty products.





**ZP** is the new stylish purse that will make you smile whenever you look at this accessory great product. It can fit your money, credit cards and even a lipstick if needed.



**Back to top**

**EXHIBIT "F"**





**The Original Zipper Bag**

**Zip It is a copyrighted product and protected by international trademark laws.**

**FAQ (Frequently Asked Questions)**

**1. What is the original zipper bag™?**

The original zipper bag ™ is a unique and innovative bag that is changing the fashion industry and the concept of handbags. It revolutionizing the idea that bag should come assembled ….
The original zipper bag ™ is a long strap of a zipper yet while zipping it, it becomes a beautiful handbag. Thanks for our designers the bags looks beautiful cool and special, the zipper gave to the bags very unique and special texture, that no one can ignore it! It is very easy to use and except that the bags are the most fashionable item in 2005-2006 (win as the product of the year) It is great for travel, storage and gift.
The quality of the zipper is amazingly high. The zipper is very strong and it is made especially for this kind of bag. It does not take much space and you can carry it anywhere you want to. It is washable and dryable - you can even put it there with your clothes. The colors won't fade - you cannot find customers that are not amazed to see this cool idea and want to own it.

**2. How can Zipit help your company?**

Zip it is a very successful product in the United States and we are confident it has the capability to become a success story also in the European, Japanese and other markets. There are several options in which you can get involved with Zipit. You can become a distributor or a reseller or a sales representative for commission. You can use our products as a promotional item for your company. We can even support you in opening your own Zipit Company in some cases. To find out more information, please contact us by phone, e-mail or fax. Join our team and find out what success is all about!

**3. How can I become a distributor/reseller of your products?**

We are developing tools to allow potential business partners to get the complete marketing information available through our website. Until this will be operational, please contact our main office by phone, e-mail or fax and find out how you can be a part of our success.

**4. What bag models are available?**

The original zipper bags ™ have four different models with many color combinations and related accessories such as purses and make-up pouches. We have a total of 47 models available and more models under development. To view the different models, please visit our MODELS section, or simply click here.

**5. What are the differences between ZA, ZB, ZBD, ZC, ZD, ZP and ZM?**

The names code for different models. ZA is a great model for those who like a small bag for everyday

use. It is big enough to carry all the essentials like mp3 player and Cellular phone plus you'll still have room for your ID, lipstick and keys. ZB/ ZBD model is an amazing unique bag for evening use (ZB with 2 straps and ZBD with one). This model is great for those who prefer a small pocketbook although it's big enough to carry all the essentials. ZC model was design especially for students and for those who workout in the gym. The bag is pretty and practical; it features wide straps that can be worn over the shoulder. ZD model is big enough for all your beach essentials plus it makes a great bag for stashing all those terrific vacation souvenirs. The accessories, ZP (Purse) and ZM (make-up pouch) models make the original zipper bag ™ a success story all-around. To view the different models, please visit our MODELS section, or simply click here.

### 6. What are the materials the bags is made of?

The original zipper bags ™ are made 100% from polyester. The production contains a five-step process, each of them supervised by our QC (Quality Control) team.

### 7. What is the most popular model?

We have different styles and designs that you can choose from so this question is hard to answer. It usually depends on the location. Yet, it will be honest to say ZA and ZB are the most sold models along with the accessories ZP and ZM. To view the different models, please visit our MODELS section, or simply click here.

### 8. What are the measurements for the bags?

The measurements are listed in the following table. Note there are using the metric system. To convert cm to inches, note that 1 inch = 2.54 cm.

Zip it models measurements table:

| Model | Number of strap | Strap size | Base width | High |
|-------|-----------------|------------|------------|------|
| ZA | 1 | 121cm | 29cm | 18cm |
| ZB | 2 | 65cm each bag | 29cm | 23.5cm |
| ZBD | 1 | 125cm | 30.5cm | 22cm |
| ZC | 1 | 115cm | 12cm | 35cm |
| ZD | 2 | 65cm each bag | 19cm | 19cm |
| ZM | ------------ | ------------ | 20cm | 13cm |
| ZP | ------------ | ------------ | 12cm | 5cm |

### 9. How strong are these bags?

The bags are made of a long polyester sleeve with a special stitch is done to ensure that the bags can carry relatively heavy weight. Each bag has also double stitches in the bottom to ensure it will not break easily. This makes sure the bags are strong and durable.

### 10. What is the return/exchange policy? Can I cancel an order? Do you have any warranty on the products?

Currently the Zipit bags are sold in bulk amounts by distributors or by Ebay as a retail business (for individual bags). Each modality has its own policies. Please visit our Ebay store (by entering "zipit" into the search box) to view the Ebay return policy. Contact your distributor for relevant policies regarding purchasing from them. Once our consumer shopping cart will be implemented into our website, we will publish the return policy/warranty for orders done there.

### 11. Why is it called Zipit?

Just Zip-It          http://just-zipit.com/pages/faq.htm

Case 0:06-cv-60136-JIC   Document 1   Entered on FLSD Docket 02/01/2006   Page 42 of 44

It is pretty simple...The bag is created from a long strip of a zipper. You can zip it into a cool bag/purse and unzip it for storage. Zip It is a copyrighted product and protected by international trademark laws. To view a flash animation video of how the bag is zipped and unzipped, please visit the index page of the website or <u>click here</u>.

**12. How can I order online? Is it safe? How long does it take to get the order?**

Currently the Zipit bags are sold online solely using the Ebay module as a retail business. Please visit our Ebay to view our store. You can do so by going to www.ebay.com and entering "zipit" into the search box; the user name we sell under is 'justzipit'. The Ebay store is relatively new and we are in the process of adding models and attractive deals. Once our consumer shopping cart will be implemented into our website, we will publish the policies for orders there assuring purchasing is secured and fast.

**13. Do you have an Ebay store?**

Yes, we do. Please visit www.ebay.com to visit our Ebay store. You can find us there by entering "zipit" into the search box (the user name we sell under is 'justzipit'). The Ebay store is relatively new and we are in the process of adding models and attractive deals.

**14. What is the recommended target age-group for the bags?**

The bags are adored and loved by women of all ages. Young girls and teenagers (ages 4-20) usually prefer to ZA model which is a great bag for everyday use. Women in their 20s and 30s usually prefer the ZB model to be used as a pocketbook. ZC model is a very practical bag designed especially for students and for those who work-out in the gym. ZD model is big enough for beach essentials and for stashing all those terrific vacation souvenirs. ZP (purse) and the ZM (make-up pouch) are accessories that are many times purchased along with the bags as complementary products.

**15. When was Zipit LTD Company founded?**

Zipit LTD founded in summer 2005 by a combination of gifted artists and business men and woman aiming to maximize the full potential of new innovative ideas. After a very successful launch of our original zipper bags ™ in US market, we recently opened a Middle-East branch to help us expand our activity into the European and Asian markets.

**16. How can you contact us?**

To see our contact information, please visit the ORDER NOW section, or simply <u>click here</u>.

**17. Why should I buy the original zipper bag ™ and not another handbag?**

The original zipper bags ™ may be classified as 'handbags' but there are very different from any other handbag you have ever seen. It is an innovation to the fashion industry and the way the market perceive bags. By being original and by thinking 'outside-of-the-box' we were able to combine artistic ideas with advanced technological design to make the original zipper bag ™ into a household name recognized all over the world. You deserve having the best and the original zipper bags ™ are the best bag of the 21st century.

**18. Do you have a patent on this product? Can I copy your patent?**

The Original Zipper Bag ™ is a world-wide patent pending and a trademark in the US. It is a successful product that is currently in the process of entering many markets around the world. We submitted a

request for an American patent, PCT and ECD around the world. Since introduced, the product has gain enormous enthusiasm making it a success story.

**19. Do you ship internationally?**

Currently the Zipit bags are sold in bulk amounts by distributors or by Ebay as a retail business. Each medium has its own policies. Our Ebay store usually allows international shipping but you should verify when ordering our products there that there is an international shipping option available. You can access our Ebay store by going to www.ebay.com and entering "zipit" into the search box (we sell uder the username 'justzipit'). Contact your distributor for its policies regarding international shipping. Once our consumer shopping cart will be implemented into our website, we will publish the policies for international orders there.

**20. Are the bags seasonal? Are there different bags for different seasons?**

The bags are not necessarily seasonal. We have 47 color combinations and many more under development, thus each customer can find his or her match easily. Some colors are more traditional-looking or of one color while others are more colorful (2 colors); some bags are designed with brighter colors for a "sunny" feeling while others are classical like our black-and-white combinations. Yet, all bags are sold and used all throughout the year.

**21. Where are the products produced?**

The products are produced in a professional sewing factory in China. The factory has been carefully chosen by our company and it is monitored to ensure the bags are of the best quality available throughout the fashion industry. The factory operates under internationals requirements and laws.

**22. Why should I unzip it?**

You unzip the bag so you can take it anywhere without carrying it as a bag. It is small and light and can fit in any pocket. Or if you travel, you can save some room by taking it and zip it when needed.

**JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

B.A.M. ARCHITECTURE AND DESIGN, LLC and BETH A. METSCH

## DEFENDANTS

OVERBREAK LLC and JUST ZIP-IT LLC

MAGISTRATE
SNOW

CIV-COHN

**(b)** County of Residence of First Listed Plaintiff  Denver
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Carson City
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Joel B. Rothman, Esq.
Rutherford Mulhall, P.A.
2600 North Military Trail, Fourth Floor
Boca Raton, FL  33431

Attorneys (If Known)

06 - 60136

NIGHT BOX
FILED

JAN 31 2006

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

**(d)** Check County Where Action Arose: ☐ DADE  ☐ MONROE  ☒ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE  HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

O: 06 CV 60136-cohn. LSS

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                    and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

(Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

15 U.S.C. § 1125(a) trademark infringement and dilution

LENGTH OF TRIAL via ___ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):  JUDGE ____  DOCKET NUMBER ____

DATE 1/31/06

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ____  AMOUNT 350.00  APPLYING IFP ____  520235