FILED by GW D.C.
ELECTRONIC
Jul 19 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60136-CIV-COHN/SNOW

B.A.M. ARCHITECTURE & DESIGN LLC
and BETH A. METSCH,

    Plaintiffs,

v.

OVERBREAK, LLC and JUST ZIP-IT, LLC

    Defendants.

_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between RUTHERFORD, MULHALL, P.A. and SEIDEN, ALDER & MATTHEWMAN, P.A. be substituted as counsel for Plaintiffs, B.A.M. ARCHITECTURE & DESIGN LLC and BETH A. METSCH and that RUTHERFORD, MULHALL, P.A., be discharged of all further responsibility in this cause.

Acceptance by client, B.A.M. ARCHITECTURE & DESIGN LLC and BETH A. METSCH., of the substitution of counsel is evidenced by letter of authorization attached hereto as Exhibit "A".

DATED this 19 day of July, 2006.

| RUTHERFORD, MULHALL, P.A. | SEIDEN, ALDER & MATTHEWMAN, P.A. |
|---|---|
| Fountain Square I, Fourth Floor | 2300 Glades Road, Suite 340 West |
| 2600 North Military Trail | Boca Raton, FL 33431-8534 |
| Boca Raton, Florida 33431 | Telephone: (561) 416-0170 |
| Telephone: 561-241-1600 | Facsimile: (561) 416-0171 |
| Facsimile: 561-241-3815 | |
| By: _____ | By: _____ |
| Florida Bar No.: 699934 | Joel B. Rothman |
| | Florida Bar No. 0098220 |

29pa

BAM v. Overbreak
Case No. 06-60136-CIV-COHN/SNOW
Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to Patrick E. Gonya, Jr. Esq., Bilzin, Sumberg, Baena, Price & Axelrod, LLP, 2500 Wachovia Financial Center, 200 South Biscayne Boulevard, Miami, FL 33131-5340 and Ury Fischer, Esq. and Lott & Friedland P.A., 355 Alhambra Cir Ste 1100, Coral Gables Florida 33134-5038; Dan E. Chambers, Esq., Rutan & Tucker, LLP, 611 Anton Boulevard, 14th Floor, Costa Mesa, CA 92626, this 17 day of July 2006.

SEIDEN, ALDER & MATTHEWMAN, P.A.
Attorneys for Plaintiffs
2300 Glades Road, Suite 340 West
Boca Raton, FL 33431-8534
Telephone:   (561) 416-0170
Facsimile:    (561) 416-0171

By: _____
Joel B. Rothman
Florida Bar No. 0098220

W:\JBR\B.A.M. Architecture & Design LLC\9962.002 - Overbreak, LLC & Zip-It Style, LLC\Pleadings\Stipulation for Substitution of Counsel (sb).wpd



# SEIDEN & ALDER MATTHEWMAN
A PROFESSIONAL ASSOCIATION

## SUBSTITUTION OF COUNSEL
## AUTHORIZATION FORM

Re:     B.A.M. v. Overbreak, et al.
        Case No. 06-60136-CIV-COHN/SNOW

Beth A. Metsch and BAM Architecture and Design, LLC authorizes Seiden, Alder & Matthewman, P.A. to substitute as counsel of record in place of Rutherford Mulhall, P.A. in the above-referenced matter.

Signature: _Beth Metsch_      Dated: _6/30/06_

Name: _Beth Metsch_

Title: _Owner_



EXHIBIT A

BOCA RATON
2300 Glades Road
West Tower • Suite 340
Boca Raton, Florida 33431
561.416.0170
Fax: 561.416.0171

MIAMI
44 West Flagler Street
Courthouse Tower • Suite 1100
Miami, Florida 33130
305.577.3707
Fax: 305.424.1705

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60136-CIV-COHN/SNOW

B.A.M. ARCHITECTURE & DESIGN LLC
and BETH A. METSCH,

    Plaintiffs,

v.

OVERBREAK, LLC and JUST ZIP-IT, LLC

    Defendants.

_____/

## ORDER SUBSTITUTING COUNSEL

THIS CAUSE, having come before the Court upon the foregoing Stipulation for Substitution of Counsel, it is

ORDERED that SEIDEN, ALDER & MATTHEWMAN, P.A. be substituted as counsel for Plaintiffs, B.A.M. ARCHITECTURE & DESIGN LLC and BETH A. METSCH and that RUTHERFORD, MULHALL, P.A., be discharged of all further responsibility in this cause.

DONE AND ORDERED in Chambers at Palm Beach County, Florida this _____ day of _____, 2006.

                                              _____
                                              UNITED STATES DISTRICT COURT
                                              JUDGE

Conformed Copies to:
Counsel of Record

W:\JBR\B.A.M. Architecture & Design LLC\9962.002 - Overbreak, LLC & Zip-It Style, LLC\Pleadings\Stipulation for Substitution of Counsel (sb).wpd