UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-60136-CIV-COHN/SNOW



B.A.M. ARCHITECTURE & DESIGN LLC,
and BETH A. METSCH,

       Plaintiffs,

vs.

OVERBREAK, LLC and
JUST ZIP-IT, LLC,

       Defendants.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT OVERBREAK, LLC ONLY

**THIS CAUSE** came before the Court on the parties' Joint Stipulation and Proposed Order for Dismissal [DE 30], and having reviewed the Stipulation and being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that this action is hereby **DISMISSED with prejudice** as to all claims between Plaintiffs B.A.M. Architecture & Design LLC and Beth A. Metsch ("Plaintiffs") and Defendant Overbreak, LLC ("Defendant") only. Plaintiffs and Defendant shall bear their own costs and attorneys' fees.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 18th day of September 2006.

                                                      JAMES I. COHN
                                                      UNITED STATES DISTRICT JUDGE

Copies provided to:

Magistrate Judge Lurana S. Snow
Joel B. Rothman, Esq.
Ury Fischer, Esq.
Dan Chambers, Esq.
Patrick Gonya, Jr., Esq.