UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-60136-CIV-COHN/SNOW

B.A.M. ARCHITECTURE & DESIGN LLC,
and BETH A. METSCH,

    Plaintiffs,

vs.

OVERBREAK, LLC and
JUST ZIP-IT, LLC,

    Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT JUST ZIP-IT, LLC.

**THIS CAUSE** came before the Court on the parties' Joint Stipulation for Dismissal as to Defendant, Just Zip-It, LLC [DE 34], and having reviewed the Stipulation and being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that this action is hereby **DISMISSED with prejudice** as to all claims between Plaintiffs B.A.M. Architecture & Design LLC and Beth A. Metsch ("Plaintiffs") and Defendant Just Zip-It, LLC ("Defendant"). Plaintiffs and Defendant shall bear their own costs and attorneys' fees.  It is further

**ORDERED AND ADJUDGED** that all pending motions are **DENIED** as

moot.  The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 13th day of October, 2006.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:

Magistrate Judge Lurana S. Snow
Joel B. Rothman, Esq.
Ury Fischer, Esq.
Dan Chambers, Esq.
Patrick Gonya, Jr., Esq.