UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-60136-CIV-COHN/SNOW

B.A.M. ARCHITECTURE & DESIGN LLC,
and BETH A. METSCH,

    Plaintiffs,

vs.

OVERBREAK, LLC and
JUST ZIP-IT, LLC,

    Defendants.
_____/

### ORDER ON PLAINTIFFS' MOTION TO CORRECT ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on Plaintiffs' Motion to Correct Order of Dismissal and Memorandum of Law in Support Thereof [DE 36], and having reviewed the Motion and being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**, and this Court's Order of Dismissal [DE 35] as to all claims between Plaintiffs B.A.M. Architecture & Design LLC and Beth A. Metsch ("Plaintiffs") and Defendant Just Zip-It, LLC ("Defendant") is corrected to reflect that the dismissal of Defendant Just Zip-It, LLC is **without prejudice**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 17th day of October, 2006.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Magistrate Judge Lurana S. Snow
Joel B. Rothman, Esq.
Patrick Gonya, Jr., Esq.
Ury Fischer, Esq.
Dan Chambers, Esq.